COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-156-CV

 

 

CMPA,
INC.                                                                        APPELLANT

 

                                                   V.

 

PREFERRED
CAPITAL, INC.                                                      APPELLEE

 

                                               ----------

                  FROM
THE 342ND COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the AJoint
Motion For Dismissal Of Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 








DELIVERED: September 28,
2006











[1]See Tex. R. App. P. 47.4.